UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

CYNTHIA CORTIS and
GALAXY ENTERTAINMENT CENTER,

    Plaintiffs,

Case Number 10-13261-BC
Honorable Thomas L. Ludington

v.

CITY OF COLEMAN, HARVEY G. ROBINSON,
LARRY NIELSEN and PAUL MERCY,

    Defendants.

_____/

## JUDGMENT

Accordingly, it is **ORDERED AND ADJUDGED** that Defendants' motion to dismiss [Dkt. #19] is **CONSTRUED** as a motion for judgment on the pleadings.

It is further **ORDERED AND ADJUDGED** that Defendants' motion for judgment on the pleadings [Dkt. #19] is **GRANTED**.

It is further **ORDERED AND ADJUDGED** that Plaintiffs' federal claims are **DISMISSED WITH PREJUDICE**, and the Court **DECLINES JURISDICTION** over Plaintiffs' state law claims.

                                              s/Thomas L. Ludington
                                              THOMAS L. LUDINGTON
                                              United States District Judge

Dated: April 20, 2011

**PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on April 20, 2011.

                        s/Tracy A. Jacobs
                        TRACY A. JACOBS